**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| ELANA H. JOHNSON, | * | |
| *Plaintiff* | * | |
| v. | * | Civil No. 1:23-cv-01746-JMC |
| WAWONA PACKING COMPANY, LLC., et al., | * | |
| *Defendants* | * | |

\* \* \* \* \*

**MEMORANDUM OPINION AND ORDER**
**GRANTING DEFENDANTS' MOTIONS *IN LIMINE***

Defendants filed two motions *in limine* on October 24, 2024. (ECF Nos. 37 and 38). Local Rule 105.2 specifies that unless otherwise ordered by the Court, any oppositions to motions shall be filed within fourteen (14) days. *Id*. In this case, any oppositions were due by November 8, 2024. When no oppositions were filed, this Court entered a paperless order on November 13, 2024, advising that if no oppositions were received by noon on November 15, 2024, the motions would be considered unopposed. No oppositions were filed by the Court's deadline. A belated opposition to ECF No. 38 was eventually filed. (ECF No. 40).

Defendants' first motion *in limine* sought to exclude evidence or argument regarding certain medical expenses. (ECF No. 37). Although no opposition was filed, the Court also notes that a joint pretrial order was submitted on November 15, 2024, indicating that Plaintiff was claiming only roughly $1000 in medical expenses. Accordingly, Defendants' first motion *in limine*, ECF No. 37) is hereby **GRANTED**.

Defendants' second motion *in limine* sought to exclude evidence or argument regarding lost wages beyond those related to employment Plaintiff had with T. Rowe Price through K-force as no other records had been produced in discovery. (ECF No. 38). Again, although no timely opposition was filed, the Court notes that the joint pretrial order appears to limit the lost wages claim to that evidence. Plaintiff's untimely opposition appears to be in accord, although the Court is unclear if the documents cited in the opposition were produced in discovery. (To be clear, any supporting documents not already produced in discovery are inadmissible.) Accordingly, Defendants' second motion *in limine* (ECF No. 38) is **GRANTED** and Plaintiff's lost wages claim is limited to those stemming from K-force, and is further limited to documents already produced in discovery.

November 18, 2024

_____
J. Mark Coulson
U.S. Magistrate Judge